# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TOGA SOCIETY, INC., d/b/a** | **CIVIL ACTION** |
| **KREWE OF ALADDIN** | |
| **VERSUS** | **NO. 03-2981** |
| **HARRY LEE, JEFFERSON PARISH** | **SECTION "K"(3)** |
| **SHERIFF, ET AL.** | |

## ORDER

Before the Court is A Joint Motion to Stay Enforcement of Judgment Pending Appeal Without the Posting of a Bond, or Alternatively Motion to Set Bond (Doc. 232) filed by the Parish of Jefferson and Jefferson Parish Sheriff Harry Lee. Having received no opposition to this motion and finding merit therein,

**IT IS ORDERED** that the Joint Motion to Stay Enforcement Without the Posting of a Bond is **GRANTED** such that enforcement of judgment is hereby **STAYED** without the posting of a bond.

New Orleans, Louisiana, this   10th   day of May, 2006.

    STANWOOD R. DUVAL, JR.
    UNITED STATES DISTRICT COURT JUDGE