UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE TOGA SOCIETY, INC., d/b/a THE KREWE OF ALADDIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 03-2981** |
| | **SECTION "K"** |
| **JEFFERSON PARISH SHERIFF HARRY LEE,** *et al* | **MAGISTRATE: 3** |

### SUPPLEMENTAL ORDER & REASONS

On January 3, 2008, this Court issued an Order and Reasons (Doc. 248) denying plaintiff's Motion for Summary Judgment and dismissing defendant, Jefferson Parish Sheriff Harry Lee with prejudice. The Court also entered a judgment to that effect. (Doc. 249)

In its Order and Reasons, the Court did not specifically discuss plaintiff's theory of recovery based upon unjust enrichment. La. C.C. Art. 2298

The claim of unjust enrichment is without merit. It is based on a constitutional tort just as plaintiff's theory of payment of a thing not due which was specifically addressed in the Court's Order and Reasons dated January 3, 2008. The claim of unjust enrichment is

-1-

prescribed as it is based upon an alleged constitutional tort which is subject to a one year prescriptive period as set forth in the aforementioned opinion. Moreover, the claim of unjust enrichment requires a showing that the plaintiff had no other remedy at law. *Prostar v. Massachi,* 239 F. 3d 669, 675 (5th Cir. 2001). Plaintiff certainly had another remedy at law specifically, § 1983.

Accordingly, the Court finds the claim of unjust enrichment is without merit. As stated, the Court has previously denied plaintiff's Motion for Summary Judgment, dismissed Jefferson Parish Sheriff Harry Lee and entered judgment.

New Orleans, Louisiana, this _____10th_____ day of January, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE